**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DON CHARLES DALBOSCO, JR.**                                                    **PLAINTIFF**

**v.**                                     **Case No. 4:14-cv-00404-KGB**

**ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY**                                                              **DEFENDANT**

## ORDER

Before the Court is the parties' joint motion to dismiss (Dkt. No. 5).  The parties request

that the Court dismiss this matter with prejudice.  The Court grants the motion and dismisses this

case with prejudice.

SO ORDERED this the 12th day of November, 2014.

_____
Kristine G. Baker
United States District Judge